**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:22-cr-20104-JEM/Becerra

UNITED STATES OF AMERICA,

v.

WALTER VEINTEMILLA,

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON MOTION TO BE**
**DECLARED INDIGENT FOR COSTS[1]**

THIS CAUSE came before the Court on Defendant Walter Veintemilla's ("Defendant Veintemilla") Motion to be Declared Indigent for Costs (the "Motion"), ECF No. [187]. The Government did not file a Response to the Motion and the time to do so has passed. The Parties appeared before the undersigned for oral argument on the Motion on April 21, 2023 (the "Hearing"). *See* ECF No. [245]. At the conclusion of the Hearing, the undersigned decided to withhold adjudication of the Motion until after the submission of Defendant Veintemilla's CJA budget. *Id.* The Motion is now ripe for review.

As the Court has already determined, this is an incredibly complex case. The case concerns allegations of a conspiracy to kidnap and kill the President of Haiti—involving eleven defendants, multiple attorneys appointed through the CJA, international witnesses, and multi-lingual interpretations required. *See* ECF No. [330]. Defendant Veintemilla is charged with five counts in the Fourth Superseding Indictment related to the alleged conspiracy. *Id.* As Defendant Veintemilla represented in his Motion and at the Hearing, he has no ability to pay the costs and

---

[1] This Motion was referred to the undersigned by the Honorable Jose E. Martinez, United States District Court Judge. ECF No. [188].

fees necessary to effectively investigate and defend the case against him.  *See* ECF No. [187] at 2. The Court, having reviewed the Motion, the arguments of the Parties, the relevant portions of the record, and being satisfied with the representations made by both Defendant Veintemilla and his counsel, hereby **RECOMMENDS** that the Motion, ECF No. [187], be **GRANTED**.

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court for the Southern District of Florida, within **three (3) DAYS** of being served with a copy of this Report and Recommendation.  The undersigned finds that a shortened objection period is warranted given that the Parties have had ample time to time to make their arguments in written briefs and at the Hearing.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida on August 28, 2023.

_____
**JACQUELINE BECERRA**
**UNITED STATES MAGISTRATE JUDGE**