UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

v.

WALTER VEINTEMILLA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON MOTION TO BE DECLARED INDIGENT FOR COSTS

**THE MATTER** was referred to United States Magistrate Judge Jacqueline Becerra, and accordingly, a Report and Recommendation **[ECF No. 385]** was filed on August 28, 2023, which responded to Defendant Walter Veintemilla's ("Defendant") Motion to Be Declared Indigent for Costs ("the Motion") **[ECF No. 187]** with a recommendation that the Motion be GRANTED.

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jacqueline Becerra's Report and Recommendation **[ECF No. 385]** is hereby **AFFIRMED and ADOPTED** in its entirety. As it pertains to the Motion **[ECF No. 187]**, the Court deems the Defendant to be indigent for costs. Therefore, the Motion is **GRANTED**.

**DONE AND ORDERED** at Chambers in Miami, Florida, this \_1\_ day of September, 2023.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record