UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-Becerra (s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ARCANGEL PRETEL ORTIZ et al.,

    Defendants.
_____/

## NOTICE OF STRIKING

The United States of America hereby files this Notice of Striking. On July 10, 2024, the Government filed a Motion Regarding Appointment of Subsequent Classified Information Security Officer. This filing (DE 760) should be stricken. The Government will refile as to only the remaining defendants.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    */s/ Andrea Goldbarg*
    */s/ Monica K. Castro*
    Assistant United States Attorneys
    Court ID Nos. A5502556 and A5502776
    Southern District of Florida
    Telephone: (305) 961-9000
    Email: Andrea.Goldbarg@usdoj.gov
    Email: Monica.Castro@usdoj.gov

    MATTHEW G. OLSEN
    ASSISTANT ATTORNEY GENERAL

By:    */s/ Frank V. Russo*
    Trial Attorney
    Court ID No. A5502917
    National Security Division, DOJ
    Telephone: (202) 307-2898
    Email: Frank.Russo2@usdoj.gov

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on July 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Frank V. Russo*
Frank V. Russo
Trial Attorney
