UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-20104-CR-BECERRA(s)(s)(s)(s)(s)</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ARCANGEL PRETEL ORTIZ, et. al., | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

**GOVERNMENT'S THIRTEENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this thirteenth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. Please note that the discovery is governed by a Protective Order, [DE 26, 40, 164-171, 238] all pages are marked Restricted Material, certain pages are also marked 3500 Material, such 3500 Material must be maintained by defense counsel and can only be viewed by the defendant in the presence of defense counsel (except as proposed by the government on April 4 and April 25, 2024).

These productions supplement the discovery previously provided (*see* DE 41, 52, 78, 92,173, 174, 324, 326, 327, 425, 591 and 667).

On May 14, 2024, the government produced Bates No. USA000418793 to USA000419247 and the content of four (4) electronic devices seized by Haitian authorities belonging to Joseph Badio to the Coordinating Discovery Attorney ("CDA") via USAFX. Bates No. USA000418793 to USA000419247 are various forms and reports, which represent early production of *Jencks* and

*Giglio* material.

On May 29, 2024, the government re-produced Bates No. USA000418116 to the Coordinating Discovery Attorney ("CDA") via USAFX. Bates No. USA000418116 contained a WhatsApp chat that was inadvertently excluded from a previous production.

On June 14, 2024, the government re-produced 10,522 images in their native format to the CDA via USAFx. These images had been previously produced in a PDF format and were reproduced in their native format in response to a request from defense counsel. These photos were reproduced with their original Bates numbers, and were accompanied by an index provided to the CDA.

On June 20, 2024, the government produced Bates No. USA000419248 to USA000419781 to the CDA via USAFx. This production contained an early production of *Jencks* and *Giglio* material.

On July 23, 2024, the government produced Bates No. USA000419782 to USA000419783 to the CDA via USAFx. This production contained jail calls by defendant Ortiz.

On July 25, 2024, the government produced Bates No. USA000419784 to USA00041970 to the CDA via USAFx. This production contained additional Ortiz CHS documents.

The government will continue to produce discoverable material as appropriate on a rolling basis. The government is aware of its continuing duty to disclose such newly discovered additional

information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Andrea Goldbarg*
/s/ *Monica K. Castro*
Assistant United States Attorneys
Court ID No. A5502556
Court ID No. A5502776
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9000
Email: Andrea.Goldbarg@usdoj.gov
Email: Monica.Castro@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By: /s/ *Frank V. Russo*
/s/ *Andrew Briggs*
Trial Attorneys
Court ID No. A5502917
Court ID No. A5503251
National Security Division
Department of Justice
950 Pennsylvania Avenue
Washington, DC  20530
Telephone: (202)307-2898
Email: Frank.Russo2@usdoj.gov
Email: Andrew.Briggs2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Andrea Goldbarg*
Andrea Goldbarg
Assistant United States Attorney