UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-cr-20104-JB(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARCANGEL PRETEL ORTIZ, et al.

Defendants.

_____/

**PROTECTIVE ORDER**

This matter is before the Court on (i) the government's *Ex Parte*, *In Camera*, Under Seal Motion for a Protective Order Pursuant to the Classified Information Procedures Act ("CIPA") Section 4 and Federal Rule of Criminal Procedure ("Rule") 16(d), filed October 20, 2023 (the "Government's Submission"), and (ii) the government's Supplemental *Ex Parte*, *In Camera*, Under Seal Motion for a Protective Order Pursuant to CIPA Section 4 and Rule 16(d), filed May 17, 2024 (the "Government's Supplemental Submission," and together, the "Government's Section 4 Filings").

The Court has reviewed the government's Section 4 Filings, CIPA, Federal Rule of Criminal Procedure 16(d), as well as *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny; and the Jencks Act, 18 U.S.C. § 3500. Having considered the Government's Section 4 Filings, including the memoranda of law in support of the motions and the declarations and other accompanying exhibits, as well as the information provided

1

during the *Ex Parte*, *In Camera*, Under Seal Hearing held on August 13, 2024, the Court **GRANTS** the government's motions in their entirety.

The Court finds that the Government's Section 4 Filings were properly filed *ex parte* and *in camera* for this Court's review pursuant to CIPA Section 4 and Rule 16(d).

On the basis of the Court's independent review of the Government's Section 4 Filings, the Court finds that the government has made a sufficient showing that the information at issue was classified pursuant to Executive Order 13526, and its predecessors, and that its disclosure could cause serious damage or exceptionally grave damage to the national security of the United States. The Court further finds that the government properly invoked the provisions of CIPA and its classified information privilege through the filing of the declarations from officials with original classification authority from the relevant agency or agencies.

Accordingly, it is:

**ORDERED** that the government's motions for protective orders in the Government's Section 4 Filings are hereby granted; and it is further,

**ORDERED** that the Government's Section 4 Filings are hereby sealed, and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal.

SO ORDERED this 21 day of August, 2024.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE