UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-20104-CR-BECERRA(s)(s)(s)(s)(s)</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ARCANGEL PRETEL ORTIZ, et. al., | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

**GOVERNMENT'S FOURTEENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this fourteenth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. Please note that the discovery is governed by a Protective Order, [DE 26, 40, 164-171, 238] all pages are marked Restricted Material, certain pages are also marked 3500 Material, such 3500 Material must be maintained by defense counsel and can only be viewed by the defendant in the presence of defense counsel (except as proposed by the government on April 4 and April 25, 2024).

These productions supplement the discovery previously provided (*see* DE 41, 52, 78, 92,173, 174, 324, 326, 327, 425, 591, 667 and 777).

On September 10, 2024, the government produced Bates No. USA000419802 to USA000420830 to the CDA via USAFx. This production contained recently acquired Rule 16 discovery, as well as early production of *Giglio* material.

The government will continue to produce discoverable material as appropriate on a rolling

1

basis.  The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    /s/ *Andrea Goldbarg*
       /s/ *Monica K. Castro*
       Assistant United States Attorneys
       Court ID No. A5502556
       Court ID No. A5502776
       U.S. Attorney's Office
       Southern District of Florida
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Telephone: (305) 961-9000
       Email: Andrea.Goldbarg@usdoj.gov
       Email: Monica.Castro@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By:    /s/ *Frank V. Russo*
       /s/ *Andrew Briggs*
       Trial Attorneys
       Court ID No. A5502917
       Court ID No. A5503251
       National Security Division
       Department of Justice
       950 Pennsylvania Avenue
       Washington, DC  20530
       Telephone: (202)307-2898
       Email: Frank.Russo2@usdoj.gov
       Email: Andrew.Briggs2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Andrea Goldbarg*
Andrea Goldbarg
Assistant United States Attorney