UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

vs.

WALTER VEINTEMILLA.

    Defendant.
_____/

## MOTION FOR RECOMMENDATION FOR TRANSFER
## TO SINGLE CELL UNIT AT PALM BEACH COUNTY JAIL

Comes now, the Defendant, WALTER VEINTEMILLA ("Defendant Veintemilla") by and through the undersigned counsel, and respectfully moves this Honorable Court for an Order recommending his transfer to a single-cell housing unit at the Palm Beach County Main Jail, and in support thereof states as follows:

1. Defendant Veintemilla was arrested on February 14, 2023 and has remained in custody since then.

2. Defendant Veintemilla is currently incarcerated at the Palm Beach County Main Jail, 3228 Gun Club Road, West Palm Beach, Florida.

3. Defendant Veintemilla is currently assigned to the West Two Bravo unit there, which is dormitory-style housing unit with 32 other inmates.

4. The discovery in this matter is highly sensitive, with the vast majority marked as restricted, bearing a "3500" watermark.

5. The Government has broadened the scope of the discovery that defense counsel is now permitted to leave print copies of at the various jails.

6. Mr. Veintemilla has no assurance that other inmates in his housing unit are prevented from reviewing the discovery.

7. Mr. Veintemilla does not wish to be placed in a protective-type housing unit.

8. The undersigned's paralegal staff continues to meet with Defendant Veintemilla at the Palm Beach County Main Jail to review the discovery on a laptop computer.

9. Should the Court be inclined to enter an order of recommendation of transfer to a single-cell housing unit, counsel would be able to provide Defendant Veintemilla with more printed copies of the discovery.

10. Also pending before the Court is Defendant Veintemilla's Motion for Access to a Computer in Jail (DE 902).

11. The instant Motion as well as the pending Motion for Access to a Computer in Jail are filed in an effort to ensure that Defendant Veintemilla is given opportunity to review all of the evidence against him before trial.

12. This motion is made in good faith.

**WHEREFORE**, for the reasons set forth herein, the undersigned respectfully moves the Court for an order of recommendation to the Palm Beach County Main Jail that Mr. Veintemilla be transferred to a single-cell, non-protective housing unit, such as Housing Unit South Six or similar, and for all other and further relief deemed just and proper under the circumstances.

Dated: November 7, 2024                Respectfully submitted,

**KUDMAN TRACHTEN ALOE POSNER LLP**
Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    Florida Bar No. 637432
    tkudman@kudmanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via email transmission to all counsel of record on November 7, 2024.

By: /s/ Tama Kudman