UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

v.

WALTER VEINTEMILLA,

    Defendant.

_____/

### ORDER ON DEFENDANT VEINTEMILLA'S MOTION FOR RECOMMENDATION FOR TRANSFER TO SINGLE CELL UNIT AT PALM BEACH COUNTY JAIL

**THIS CAUSE** came before the Court on Defendant, Walter Veintemilla's, Motion for Recommendation for Transfer to Single Cell Unit at Palm Beach County Jail (the "Motion"), ECF No. [920]. Defendant Veintemilla, who is "currently assigned to the West Two Bravo unit" at the Palm Beach County Main Jail, a "dormitory-style housing unit with 32 other inmates," seeks an order recommending that he be transferred to a single-cell housing unit. Defendant Veintemilla makes this request so that counsel can provide him with more printed copies of highly sensitive discovery for his review. The Government filed a response to the Motion in which it stated that it takes no position regarding Defendant Veintemilla's housing "and defers that determination to the Court" and the U.S. Marshals Service. ECF No. [925].

Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Court hereby **RECOMMENDS** that the Palm Beach County Main Jail transfer Defendant Veintemilla to a single-cell, non-protective housing

unit, such as Housing Unit South Six or a similar single-cell, non-protective housing unit.

**DONE AND ORDERED** in Chambers at Miami, Florida on December 2nd, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**