UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 22-cr-20104-JB

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO, WALTER
VEINTEMILLA, CHRISTIAN
SANON, and JAMES SOLAGES,

    Defendants.

_____/

**STANDING ORDER ON SEALED FILINGS**

**THIS CAUSE** is before the Court *sua sponte*.  It is hereby **ORDERED AND ADJUDGED** that the parties are authorized to submit filings under seal in this action without filing a motion seeking approval to do so.  The parties are responsible for serving copies of their sealed filings upon all appropriate parties.

 Should any party object to an entry remaining under seal, they shall file a motion setting forth their objection by no later than **fourteen days** after the sealed entry in question is filed on the docket.

**DONE AND ORDERED** in Miami, Florida, on December 2, 2024.

                                                                                                    _____
                                                                                                    JACQUELINE BECERRA
                                                                                                    UNITED STATES DISTRICT JUDGE