UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO, WALTER
VEINTEMILLA, CHRISTIAN
SANON, and JAMES SOLAGES,

    Defendants.
_____/

## ORDER ON MOTION TO CONTINUE TRIAL AND RE-SETTING OF CRIMINAL TRIAL DATE

    **THIS CAUSE** came before the Court on Defendant Arcangel Pretel Ortiz' Motion to Continue the Trial (the "Motion"), ECF No. [1029]. The Motion was joined by Defendants James Solages and Walter Veintemilla. ECF No. [1029] at ¶ 10. At the status conference held on May 8, 2025, (the "Status Conference"), the Court discussed the Motion and ordered a hearing on the Motion with all Defendants present to be set by separate Order. ECF No. [1074] at 35:2–22. The Court held a hearing on the Motion on May 19, 2025 (the "Hearing"), where counsel presented arguments on the Motion. At the Hearing, Defendant Antonio Intriago joined the Motion *ore tenus*. ECF No. [1094] at 13:2–15. Defendant Christian Sanon opposed the Motion and maintained his opposition to a continuance. ECF No. [1094] at 13:16–21. At the Hearing, the Court inquired of each Defendant as to their Speedy Trial rights and each, other than Defendant Sanon, agreed to the continuance requested and waived their rights with respect to the time at issue.

    Upon consideration of the Motion, the relevant authorities, and the arguments of the Parties, and being otherwise fully advised, the Court **ORDERED AND ADJUDGED** that the Motion was **GRANTED**. Specifically, for the reasons stated in the Motion and articulated on the record at the Hearing, which are incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. Indeed, given that discovery is still ongoing, Defendants have not been able to file all their pretrial motions. The continuance sought is necessary to ensure that Defendants receive a fair trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, May 1, 2025, to include the date trial commences – is excludable

time under the Speedy Trial Act.  *See* 18 U.S.C. § 3161.

The Court hereby sets this case for a **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Courtroom 11-4, Miami, Florida 33128, on **Monday, March 9, 2026**.  A Calendar Call will be held at **10:00 a.m. on Tuesday, February 24, 2026,** at the same location.  Additionally, the Court hereby establishes the following pretrial deadlines and procedures:

## I.   STATUS CONFERENCES

The Court shall continue to hold periodic status conferences in this case.  At the hearing held on March 27, 2024 in this case, each Defendant waived his right to appear at the status conferences.  Should any Defendant wish to appear for the conferenced below they are to notify the Court within seven days of the conference.  The status conferences are hereby **SET** to take place on the following dates:

**Wednesday, July 23, 2025 at 11:00 a.m.**

**Wednesday, August 13, 2025 at 11:00 a.m.**

**Wednesday, September 17, 2025 at 11:00 a.m.**

**Wednesday, October 15, 2025 at 11:00 a.m.**

**Wednesday, November 12, 2025 at 11:00 a.m.**

**Wednesday, December 10, 2025 at 11:00 a.m.**

**Wednesday, January 14, 2026 at 11:00 a.m.**

**Wednesday, February 11, 2026 at 11:00 a.m.**

## II.   PRETRIAL DEADLINES

| | |
|---|---|
| **5 months** before Trial | All dispositive motions shall be filed. |
| **3 months** before Trial | All translations shall be produced. |
| **4 months** before Trial | All proposed jury questionnaires shall be filed. |
| **3 months** before Trial | All exhibits shall be produced. |

**3 months** before Trial    The Government shall turn over any and all Jencks Act and Giglio material to defense counsels.

**4 months** before Trial    All motions to sever shall be filed.

**3 months** before Trial    All motions in limine shall be filed.

**DONE AND ORDERED** in Miami, Florida on June 10, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**