UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

    Defendants.
_____/

### UNITED STATES' MOTION FOR LEAVE TO ORDER TRANSCRIPT OF SEALED MOTION HEARING

The United States respectfully requests the Court's leave to order a transcript of the July 23, 2025, sealed hearing (DE 1145), which the Government wishes to maintain for its own records. The Government understands—based on the practice followed at prior sealed hearings, *e.g.*, (DE 1012, 1058)—that the court reporter shall not provide a transcript of any sealed hearing or sealed portion of a hearing absent a written order from the Court. Thus, the Government respectfully requests that the Court issue an order permitting the court reporter to provide a transcript of the sealed July 23, 2025 motion hearing.

                                 Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General for the National Security Division |
| | |
| By:   */s Sean T. McLaughlin* | */s Andrew Briggs* |
|       Sean T. McLaughlin | Andrew Briggs |

| | |
|---|---|
| Assistant United States Attorney | Trial Attorney |
| Court ID No. A5501121 | Court ID No. A5503251 |
| 11200 NW 20th Street, Suite 101 | National Security Division – Department of Justice |
| Miami, FL 33172 | 950 Pennsylvania Avenue |
| (305) 715-7642/7654 | Washington, DC 20530 |
| Sean.McLaughlin@usdoj.gov | (202) 514-7739 |
| | Andrew.Briggs2@usdoj.gov |

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

## Certificate of Service

I hereby certify that on July 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

*/s Andrew Briggs*
Andrew Briggs
Trial Attorney