**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

   **Defendants.**
_____/

## GOVERNMENT EXHIBIT LIST

The United States submits the following exhibit list for the trial of the above-captioned matter.   The United States reserves the right to amend and update the exhibits on this list as circumstances dictate, and any such amendments and updates will be provided to the defense and well in advance of the March 9, 2026, trial date (DE 1124).

[Space Intentionally Left Blank]

1

Respectfully submitted,

JASON REDING QUIÑONES                JOHN A. EISENBERG
United States Attorney                Assistant Attorney General for the National
                                      Security Division

By:   */s Sean T. McLaughlin*          */s Andrew Briggs*
      Sean T. McLaughlin                Andrew Briggs
      Assistant United States Attorney  Trial Attorney
      Court ID No. A5501121             Court ID No. A5503251
      11200 NW 20th Street, Suite 101   National Security Division – Department of Justice
      Miami, FL 33172                   950 Pennsylvania Avenue
       (305) 715-7642/7654              Washington, DC 20530
      Sean.McLaughlin@usdoj.gov         (202) 514-7739
                                        Andrew.Briggs2@usdoj.gov

      /s *Jason Wu*
      Jason Wu
      Assistant United States Attorney
      Court ID No. A5502299
      99 NE 4th Street
      Miami, FL 33132
       (305) 961-9226
      Jason.Wu@usdoj.gov

      */s Altanese Phenelus*
      Altanese Phenelus
      Assistant United States Attorney
      FL Bar No. 112693
      99 N.E. 4th Street
      Miami, FL 33132
      (305) 961-9375
      Altanese.Phenelus@usdoj.gov

2

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 1A | Arcangel Pretel Ortiz Photo | | | | | |
| 1B | Arcangel Pretel Ortiz Certified FL DAVID | | | | | |
| 1C | Arcangel Pretel Ortiz Certified FL-NJ flight ticket records - Frontier & United Airlines – April 15-17, 2021 | | | | | |
| 1D | Arcangel Pretel Ortiz Certified Colombian Military Records & Translation | | | | | |
| 1E-1 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a CHS Admonishments (2021-2010) | | | | | |
| 1E-2 | Arcangel Pretel Ortiz Certified FBI CHS Records – OIA Admonishments (2020-2013) | | | | | |
| 1E-3 | Arcangel Pretel Ortiz Certified FBI CHS Records – G325A Biographical Information Form | | | | | |
| 1E-4 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1023 Contact Reports (March 2021 – July 2021) | | | | | |
| 1E-5 | Arcangel Pretel Ortiz Certified FBI CHS Records – DHS SPBP Application Form (June 2021) | | | | | |
| 1E-6 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a Closing Document (July 2021) | | | | | |
| 1F-1 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of State Employment Record | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 1F-2 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 1F-3 | Arcangel Pretel Ortiz Certified Lack of FBI Employment Record | | | | | |
| 1F-4 | Arcangel Pretel Ortiz Certified Lack of DEA Employment Record | | | | | |
| 2A | Antonio Intriago Photo | | | | | |
| 2B-1 | Antonio Intriago Certified FL DAVID | | | | | |
| 2B-2 | Antonio Intriago & Arcangel Pretel Ortiz - Certified State of Florida Corporation Records - CTU Federal Academy LLC | | | | | |
| 2B-3 | Antonio Intriago - Certified State of Florida Corporation Records - CTU Security LLC | | | | | |
| 2C-1 | Antonio Intriago Certified U.S.-Haiti flight ticket records – American Airlines - May 25, 2021 | | | | | |
| 2C-2 | Antonio Intriago Certified U.S.-Haiti flight ticket records - American Airlines - June 23-24, 2021 | | | | | |
| 2C-3 | Antonio Intriago Certified FL-TX flight ticket records - American Airlines – June 28, 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness<br>IDing</u> | <u>Date<br>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other<br>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 2C-4 | Antonio Intriago Certified U.S. Haiti flight record – Jet Genius – May 21, 2021 | | | | | |
| 2C-5 | Antonio Intriago-purchased Certified flight ticket records for Frantz Torchon and Pascal St. Clair – American Airlines - May 13, 2021 | | | | | |
| 2D-1 | Antonio Intriago Certified FBI CHS Records – Annual Asset Evaluation (March 2005) | | | | | |
| 2D-2 | Antonio Intriago Certified FBI CHS Records – CHS Admonishments (2009) | | | | | |
| 2E-1 | Antonio Intriago Certified Lack of U.S. Department of State Employment Record | | | | | |
| 2E-2 | Antonio Intriago Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 2E-3 | Antonio Intriago Certified Lack of FBI Employment Record | | | | | |
| 2E-4 | Antonio Intriago Certified Lack of DEA Employment Record | | | | | |
| 3A | Walter Veintemilla Photo | | | | | |
| 3B-1 | Walter Veintemilla Certified FL DAVID | | | | | |

3

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 3B-2 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Capital Lending Group Inc. | | | | | |
| 3B-3 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Investment Development Group LLC | | | | | |
| 3B-4 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Mortgage Lending Group Inc. | | | | | |
| 3B-5 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Realty Group Services LLC | | | | | |
| 3B-6 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group LLC | | | | | |
| 3B-7 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group I LLC | | | | | |
| 3C-1 | Walter Veintemilla Certified Lack of U.S. Department of State Employment Record | | | | | |
| 3C-2 | Walter Veintemilla Certified Lack of U.S. Department of Defense Employment Record | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 3C-3 | Walter Veintemilla Certified Lack of FBI Employment Record | | | | | |
| 3C-4 | Walter Veintemilla Certified Lack of DEA Employment Record | | | | | |
| 4A | Christian Sanon Photo | | | | | |
| 4B-1 | Christian Sanon Certified FL DAVID | | | | | |
| 4B-2 | Christian Sanon - Certified State of Florida Corporation Records – Sanon Realty Enterprises LLC | | | | | |
| 4B-3 | Christian Sanon - Certified State of Florida Corporation Records – International Medical Village S.A. Company | | | | | |
| 4B-4 | Christian Sanon - Certified State of Florida Corporation Records – Vasco Gas LLC | | | | | |
| 4B-5 | Christian Sanon - Certified State of Florida Corporation Records – Vazco Gaz and Investments, Inc. | | | | | |
| 4B-6 | Christian Sanon - Certified State of Florida Corporation Records – Boulder Development LLC | | | | | |
| 4B-7 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Corporation | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 4B-8 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Inc. | | | | | |
| 4B-9 | Christian Sanon - Certified State of Florida Corporation Records – Haytian American Doctor's Hospital Inc. | | | | | |
| 4C-1 | Christian Sanon Certified U.S.-Haiti flight ticket records – American Airlines – December 13, 2020 | | | | | |
| 4C-2 | Christian Sanon Certified Haiti-U.S. flight ticket records – American Airlines – April 1, 2021 | | | | | |
| 4C-3 | Christian Sanon Certified U.S.-Haiti flight ticket records –Jet Genius –May 2021 | | | | | |
| 4D-1 | Christian Sanon Certified Lack of U.S. Department of State Employment Record | | | | | |
| 4D-2 | Christian Sanon Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 4D-3 | Christian Sanon Certified Lack of FBI Employment Record | | | | | |
| 4D-4 | Christian Sanon Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness</u> <u>IDing</u> | <u>Date</u> <u>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other</u> <u>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 4E-1 | Christian Sanon Certified Lack of Medical License Records – State of Florida | | | | | |
| 4E-2 | Christian Sanon Certified Lack of Medical License Records – State of Illinois | | | | | |
| 4E-3 | Christian Sanon Certified Lack of Medical License Records – State of Missouri | | | | | |
| 4E-4 | Christian Sanon Certified Lack of Medical License Records – State of New York | | | | | |
| 4F-1 | Christian Sanon Certified Lack of DEA License/Prescription Records | | | | | |
| 4F-2 | Christian Sanon Certified Lack of DEA License/Prescription Records | | | | | |
| 4G | Christian Sanon Certified Education Records | | | | | |
| 4H | Larkin Hospital - Christian Sanon Lack of Records | | | | | |
| 5A | James Solages Photo | | | | | |
| 5B-1 | James Solages Certified FL DAVID | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 5B-2 | James Solages - Certified State of Florida Corporation Records – FWA SA A Jacmel Avan, Inc. | | | | | |
| 5B-3 | James Solages - Certified State of Florida Corporation Records – EJS Maintenance & Repair LLC | | | | | |
| 5C-1 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – April 19, 2021 | | | | | |
| 5C-2 | James Solages Certified FL-TX flight ticket records – Southwest Airlines – June 29-30, 2021 | | | | | |
| 5C-3 | James Solages Certified U.S.-Haiti flight ticket records – Spirit Airlines - July 1, 2021 | | | | | |
| 5D-1 | Solages Certified Lack of U.S. Department of State Employment Record | | | | | |
| 5D-2 | James Solages Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 5D-3 | James Solages Certified Lack of FBI Employment Record | | | | | |
| 5D-4 | James Solages Certified Lack of DEA Employment Record | | | | | |
| 6A | Joseph Joel John Photo | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 6B-1 | Joseph Joel John Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 6B-2 | Joseph Joel John Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 6B-3 | Joseph Joel John Certified Judgment - 22-20104-CR-JEM | | | | | |
| 6C-1 | Joseph Joel John Certified Haiti-US flight records –Jet Blue– April 4, 2021 | | | | | |
| 6C-2 | Joseph Joel John Certified U.S.-Haiti flight ticket records – American Airlines – April 11, 2021 | | | | | |
| 7A | Frederick Bergmann Jr. Photo | | | | | |
| 7B-1 | Frederick Bergmann Jr. Certified FL DAVID | | | | | |
| 7B-2 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records –GCP Clinical Research LLC | | | | | |
| 7B-3 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – GCP Cancer Research LLC | | | | | |
| 7B-4 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – International Medical Village LLC | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 7B-5 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Biotech Development Company LLC | | | | | |
| 7B-6 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Boulder Enterprises III LLP | | | | | |
| 7C-1 | Frederick Bergmann Jr. Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 7C-2 | Frederick Bergmann Jr. Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 7C-3 | Frederick Bergmann Jr. Certified Judgment - 22-20104-CR-JEM | | | | | |
| 7D-1 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – April 21-22, 2021 | | | | | |
| 7D-2 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – May 12, 2021 | | | | | |
| 8A | Rodolphe Jaar Photo | | | | | |
| 8B-1 | Rodolphe Jaar Certified Plea Agreement - 22-20104-CR-JEM | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 8B-2 | Rodolphe Jaar Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 8B-3 | Rodolphe Jaar Certified Judgment - 22-20104-CR-JEM | | | | | |
| 8B-4 | Rodolphe Jaar Certified Plea Agreement - 13-20259-CR-CMA | | | | | |
| 8B-5 | Rodolphe Jaar Certified Factual Proffer – 13-20259-CR-CMA | | | | | |
| 8B-5 | Rodolphe Jaar Certified Judgment - 13-20259-CR-CMA | | | | | |
| 9A | Joseph Vincent Photo | | | | | |
| 9B | Joseph Vincent Certified FL DAVID | | | | | |
| 9C-1 | Joseph Vincent Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 9C-2 | Joseph Vincent Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 9C-3 | Joseph Vincent Certified Judgment - 22-20104-CR-JEM | | | | | |
| 9D | Joseph Vincent Certified U.S.-Haiti flight ticket records – American Airlines – January 8, 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 9E-1 | Joseph Vincent Certified Lack of U.S. Department of State Employment Record | | | | | |
| 9E-2 | Joseph Vincent Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 9E-3 | Joseph Vincent Certified Lack of FBI Employment Record | | | | | |
| 9E-4 | Joseph Vincent Certified Lack of DEA Employment Record | | | | | |
| 10A | Mario Antonio Palacios Palacios Photo | | | | | |
| 10B-1 | Mario Antonio Palacios Palacios - Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 10B-2 | Mario Antonio Palacios Palacios - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 10B-3 | Mario Antonio Palacios Palacios - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 10C | Mario Antonio Palacios Palacios Certified Colombian Military Records & Translation | | | | | |
| 10D | Mario Antonio Palacios Palacios Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 10E | Mario Antonio Palacios Palacios Post-Arrest Property Photos (Jamaica – October 7, 2021) | | | | | |
| 11A | German Alejandro Rivera Garcia Photo | | | | | |
| 11B-1 | German Alejandro Rivera Garcia - Certified Plea Agreement Judgment - 22-20104-CR-JEM | | | | | |
| 11B-2 | German Alejandro Rivera Garcia - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 11B-3 | German Alejandro Rivera Garcia - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 11C | German Alejandro Rivera Garcia Certified Colombian Military Records & Translation | | | | | |
| 12A | Duberney Capador Giraldo Photo | | | | | |
| 12B | Duberney Capador Giraldo Certified Colombian Military Records & Translation | | | | | |
| 13A | Carlos Giovanni Guerrero Torres Photo | | | | | |
| 13B | Carlos Giovanni Guerrero Torres Certified Colombian Military Records & Translation | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 13C | Carlos Giovanni Guerrero Torres Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 14A | Juan Carlos Yepes Clavijo Photo | | | | | |
| 14B | Juan Carlos Yepes Clavijo Certified Colombian Military Records & Translation | | | | | |
| 14C | Juan Carlos Yepes Clavijo Certified Colombia--Dominican Republic flight records - June 4, 2021 – July 3, 2021 | | | | | |
| 15A | Naiser Franco Casteneda Photo | | | | | |
| 15B | Naiser Franco Casteneda Certified Colombian Military Records & Translation | | | | | |
| 15C | Naiser Franco Casteneda Certified Colombia-Dominican Republic flight records - June 4, 2021 – July 3, 2021 | | | | | |
| 16A | Victor Alberto Pineda Cardona Photo | | | | | |
| 16B | Victor Alberto Pineda Cardona Certified Colombian Military Records & Translation | | | | | |
| 16C | | | | | | |

14

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness</u><br><u>IDing</u> | <u>Date</u><br><u>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other</u><br><u>Witness Referring</u> |
|---|---|---|---|---|---|---|
|  | Victor Alberto Pineda Cardona Certified Colombia-Dominican Republic flight records - June 4, 2021 – July 3, 2021 |  |  |  |  |  |
| 17A | Mauricio Javier Romero Medina Photo |  |  |  |  |  |
| 17B | Mauricio Javier Romero Certified Colombian Military Records & Translations |  |  |  |  |  |
| 17C | Mauricio Javier Romero Certified Colombia-Dominican Republic flight records - June 4, 2021 – July 3, 2021 |  |  |  |  |  |
| 18A | Jhon Jairo Ramirez Gomez Photo |  |  |  |  |  |
| 18B | Jhon Jairo Ramirez Gomez Certified Colombian Military Records & Translation |  |  |  |  |  |
| 18C | Jhon Jairo Ramirez Gomez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 |  |  |  |  |  |
| 19A | Manuel Antonio Grosso Guarin Photo |  |  |  |  |  |
| 19B | Manuel Antonio Grosso Guarin Certified Colombian Military Records & Translation |  |  |  |  |  |
| 19C | Manuel Antonio Grosso Guarin Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 |  |  |  |  |  |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 20A | Jheyner Alberto Carmona Florez Photo | | | | | |
| 20B | Jheyner Alberto Carmona Florez Certified Colombian Military Records & Translation | | | | | |
| 20C | Jheyner Alberto Carmona Florez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 21A | Angel Mario Yarce Sierra Photo | | | | | |
| 21B | Angel Mario Yarce Sierra Certified Colombian Military Records & Translation | | | | | |
| 21C | Angel Mario Yarce Sierra Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 22A | Edwin Enrique Blanquicet Rodriguez Photo | | | | | |
| 22B | Edwin Enrique Blanquicet Rodriguez Certified Colombian Military Records & Translation | | | | | |
| 22C | Edwin Enrique Blanquicet Rodriguez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 23A | Jhon Jader Andela Photo | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 23B | Jhon Jader Andela Certified Colombian Military Records & Translation | | | | | |
| 24A | Neil Caceres Duran Photo | | | | | |
| 24B | Neil Caceres Duran Certified Colombian Military Records & Translation | | | | | |
| 25A | Alex Miyer Pena Photo | | | | | |
| 25B | Alex Miyer Pena Certified Colombian Military Records& Translation | | | | | |
| 25C | Alex Miyer Pena Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 26A | Jhon Jairo Suarez Alegria Photo | | | | | |
| 26B | Jhon Jairo Suarez Alegria Certified Colombian Military Records & Translation | | | | | |
| 26C | Jhon Jairo Suarez Alegria Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 27A | Francisco Eladio Uribe Ochoa Photo | | | | | |

17

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 27B | Francisco Eladio Uribe Ochoa Certified Colombian Military Records & Translation | | | | | |
| 27C | Francisco Eladio Uribe Ochoa Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 28A | Enalber Vargas Gomez Photo | | | | | |
| 28B | Enalber Vargas Gomez Certified Colombian Military Records & Translation | | | | | |
| 28C | Enalber Vargas Gomez Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 29A | Alejandro Giraldo Zapata Photo | | | | | |
| 29B | Alejandro Giraldo Zapata Certified Colombian Military Records & Translation | | | | | |
| 29C | Alejandro Giraldo Zapata Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 30A | Gersain Mendivelso Jaimes Photo | | | | | |
| 30B | Gersain Mendivelso Jaimes Certified Colombian Military Records & Translation | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 30C | Gersain Mendivelso Jaimes Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 31A | Miguel Guillermo Garzon Photo | | | | | |
| 31B | Miguel Guillermo Garzon Colombian Military Records & Translation | | | | | |
| 32A | Jonathan Alejandro Rivera Garcia Photo | | | | | |
| 32B | Jonathan Alejandro Rivera Garcia Cedula/Colombian Military Records & Translation | | | | | |
| 32C-1 | Jonathan Alejandro Rivera Garcia Certified U.S.-Haiti Flight records – American Airlines – April 29, 2021 | | | | | |
| 32C-2 | Jonathan Alejandro Rivera Garcia Certified Dominican Republic-Colombia flight records - Avianca Airlines - June 4, 2021 | | | | | |
| 33 | Ronal Alexander Ramirez Salamanca Photo | | | | | |
| 34A | Joseph Felix Badio Photo | | | | | |
| 34B | Joseph Felix Badio Certified NY DL Records | | | | | |
| 34C | Joseph Felix Badio Haitian Law Enforcement Termination Record & Translation | | | | | |

19

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 35A | Windelle Coq-Thelot Photo | | | | | |
| 35B | Coq-Thelot Haitian Supreme Court Termination Record & Translation | | | | | |
| 36 | Francis Cineus Alexis Photo | | | | | |
| 37 | Reynaldo Corvington Photo | | | | | |
| 38 | Dominick Cauvin Photo | | | | | |
| 39 | Dimitri Herard Photo | | | | | |
| 40 | Gilbert Dragon Photo | | | | | |
| 41 | Jimmy Cherizier aka BBQ Photo | | | | | |
| 42 | Vitel'Homme Innocent Photo | | | | | |
| 43 | Ezechiel Alexandre Photo | | | | | |
| 44 | Gerard Latortue Photo | | | | | |
| 45 | Youri Latortue Photo | | | | | |
| 46 | General Herard Abraham Photo | | | | | |
| 47 | Ashkard Pierre Photo | | | | | |
| 48A | Jean Wesley Lucien Photo | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 48B | Jean Wesley Lucien FL DAVID Records | | | | | |
| 49A | Roland Jean Pierre Photo | | | | | |
| 49B | Roland Jean Pierre Certified Maryland Driver's License Records | | | | | |
| 49C | Roland Jean Pierre Certified Lack of U.S. Department of State Employment Record | | | | | |
| 49D | Roland Jean Pierre Certified Lack of FBI Employment Record | | | | | |
| 50A | Helen Manich Photo | | | | | |
| 50B | Helen Manich Certified Virginia/District of Colombia Driver's License Records | | | | | |
| 50C | Helen Manich Lack of U.S. Department of State Employment Record | | | | | |
| 50D | Helen Manich Lack of FBI Employment Record | | | | | |
| 51A | Robert Balthazar Photo | | | | | |
| 51B | Robert Balthazar Certified Virginia Driver's License Records | | | | | |
| 51C | Robert Balthazar Lack of U.S. Department of State Employment Record | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 51D | Robert Balthazar Lack of FBI Employment Record | | | | | |
| 52A | Willy Louis Photo | | | | | |
| 52B | Willy Louis Certified New York Driver's License Records | | | | | |
| 53 | Gordon Phenil Desir Photo | | | | | |
| 54 | Gashner Fevilien Photo | | | | | |
| 55 | Marky Kessa Photo | | | | | |
| 56 | Samir Handal Photo | | | | | |
| 57 | Junior Alexis Photo | | | | | |
| 58 | Gregoire Bony Photo | | | | | |
| 59A | Dumel Joseph Photo | | | | | |
| 59B | Dumel Joseph FL DAVID Records | | | | | |
| 59C | Dumel Joseph Certified Lack of U.S. Department of State Employment Record | | | | | |
| 59D | Dumel Joseph Certified Lack of FBI Employment Record | | | | | |
| 60A | Jacob Israel Photo | | | | | |
| 60B-1 | Jacob Israel FL DAVID Records | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 60B-2 | Jacob Israel - Certified State of Florida Corporation Records – Charis Equity Partners LLC | | | | | |
| 61A | Byron Rainer Photo | | | | | |
| 61B | Byron Rainer FL DAVID Records | | | | | |
| 62A | Richard Weiner Photo | | | | | |
| 62B | Richard Weiner FL DAVID Records | | | | | |
| 63A | Paul Richardson Photo | | | | | |
| 63B | Paul Richardson FL DAVID Records | | | | | |
| 64A | Keegan Harricharan Photo | | | | | |
| 64B-1 | Keegan Harricharan FL DAVID Records | | | | | |
| 64B-2 | Keegan Harricharan - Certified State of Florida Corporation Records – TNR Holding Group Incorporated | | | | | |
| 65A | Jimmy Thompson Photo | | | | | |
| 65B | Jimmy Thompson Certified Texas Driver's License Records | | | | | |
| 66 | Jose Antonio Corrales Moncayo Photo | | | | | |
| 67A | Jameela Ammara Simmons Photo | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness<br>IDing</u> | <u>Date<br>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other<br>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 67B-1 | Jameela Ammara Simmons FL DAVID Records | | | | | |
| 67B-2 | Jameela Ammara Simmons - Certified State of Florida Corporation Records – Blackberry Fashion Designer LLC | | | | | |
| 67C | Blackberry Fashion Designer LLC Paycheck Protection Plan Application and Records | | | | | |
| 68A | Robert Jean Marie Photo | | | | | |
| 68B | Robert Jean Marie Certified DAVID | | | | | |
| 68C | Robert Jean Marie Lack of U.S. Department of State Employment Record | | | | | |
| 68D | Robert Jean Marie Lack of FBI Employment Record | | | | | |
| 68E | Robert Jean Marie – T-Mobile Toll and Subscriber Records (470-209-4046) | | | | | |
| 70A | David Alexis Photo | | | | | |
| 70B | David Alexis Certified DAVID | | | | | |
| 70C | David Alexis Lack of U.S. Department of State Employment Record | | | | | |
| 70D | David Alexis Lack of FBI Employment Record | | | | | |
| 71A | Parnell Duverger Photo | | | | | |

24

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 71B | Parnell Duverger Certified DAVID | | | | | |
| 71C | Parnell Duverger Lack of U.S. Department of State Employment Record | | | | | |
| 71D | Parnell Duverger Lack of FBI Employment Record | | | | | |
| 72A | Wells Fargo xxxx-4181 Account Records - CTU Federal Academy (Ortiz & Intriago) –January-July 2021 | | | | | |
| 72B | Cash App xxxx-4ZNG & xxxx-0MJC Account Records – WF xxxx-4181 (CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72C | Xoom Records - WF xxxx-4181 (CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72D | Western Union Records – WF xxxx-4181 (CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72E | Summary Exhibit – WF xxxx-4181 - CTU Federal Academy (Ortiz & Intriago) | | | | | |
| 73A | Wells Fargo xxxx-2133 Account Records - Ortiz – January-July 2021 | | | | | |
| 73B | Cash App xxxx-QYM1 Account Records - WF xxxx-2133 (Ortiz) – January-July 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 73C1-3 | PayPal xxxx-0273 Records - WF xxxx-2133 (Ortiz) – January-July 2021 | | | | | |
| 73D | Xoom Records - Ortiz -WF xxxx-2133 –January-July 2021 | | | | | |
| 73E | Summary Exhibit – WF xxxx-2133 (Ortiz) | | | | | |
| 74A | TD Bank xxxx-7076 Account Records - CTU Security (Intriago) – January-July 2021 | | | | | |
| 74B | Summary Exhibit – TD Bank xxxx-7076 - CTU Security (Intriago) | | | | | |
| 75A | Wells Fargo Bank xxxx-7076 Account Records - Intriago – January-July 2021 | | | | | |
| 75B | Summary Exhibit –WF xxxx-7076 (Intriago) | | | | | |
| 76A | Wells Fargo xxxx-0405 & 8019 Account Records - Ultimate Insurance Group (Veintemilla) – January-July 2021 | | | | | |
| 76B | Summary Exhibit – WF Bank xxxx-0405 & 8019 - Ultimate Insurance Group (Veintemilla) | | | | | |
| 77 | JPMC xxxx-6583 Account Records - Ultimate Insurance Group (Veintemilla) – January-July 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 78 | Capital One xxxx-0576 Account Records - Ultimate Insurance Group (Veintemilla) – January-July 2021 | | | | | |
| 79A | Wells Fargo xxxx-5086 Account Records – Worldwide Capital Lending (Veintemilla) – January-July 2021 | | | | | |
| 79B | Summary Exhibit – WF xxxx-5086 - Ultimate Insurance Group (Veintemilla) | | | | | |
| 80 | JPMC xxxx-6867 Account Records – Veintemilla – January-July 2021 | | | | | |
| 81 | Barclays xxxx-1479 Account Records – Veintemilla – May-July 2021 | | | | | |
| 82 | BoA xxxx-5006 Account Records - Sanon – January-July 2021) | | | | | |
| 83A | Space Coast Credit Union xxxx-0892 & 0900 Account Records – EJS Maintenance & Repair (Solages) – January-July 2021 | | | | | |
| 83B | Summary Exhibit – SCCU xxxx-0892 & 0900 - EJS Maintenance & Repair (Solages) | | | | | |
| 84 | Regions Bank xxxx-6497 Account Records - GCP Cancer Research (Bergmann)– January-July 2021 | | | | | |

27

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 85 | Regions Bank xxxx-0364 Account Records - GCP Clinical Research (Bergmann) – January-July 2021 | | | | | |
| 86 | Regions Bank xxxx-0440 Account Records - Biotech Development (Bergmann) – January-July 2021 | | | | | |
| 87 | BoA xxxx-5677 Account Records - Boulder Enterprises (Bergmann) – January-July 2021 | | | | | |
| 88 | Cogent Bank xxxx-3892 Account Records – Bergmann – January-July 2021 | | | | | |
| 89 | JPMC xxxx-5360 Account Records - Bergmann– January 2021 - July 2021 | | | | | |
| 90A-C | PayPal xxxx-0570 Records (Bergman) | | | | | |
| 91 | PNC xxxx-1825 Account Records - TNR Holdings Group (Harricharan) – January-July 2021 | | | | | |
| 92A-D | Master Financial Summary Exhibits – Funding Sources, Fund Draw Requests, Tactical Gear & Vests, and Travel & Lodging | | | | | |
| 93A-B | South Florida-Haiti-Dominican Republic-Colombia Map & South Florida Location Map | | | | | |
| | | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 94A-L | Records Provided by Ortiz and Intriago to HSI – July 9, 2021 | | | | | |
| 95A | CTU Search Warrant Photos - July 27, 2021 | | | | | |
| 95B-1-5 | CTU Search Warrant Items – Scanned Documents & Translations – July 27, 2021 | | | | | |
| 95C | CTU Search Warrant Items - Tactical Vest – *Physical* – July 27, 2021 | | | | | |
| 96A | Worldwide Search Warrant Photos – July 27, 2021 | | | | | |
| 96B-1-41 | Worldwide Search Warrant Items – Scanned Documents – July 27, 2021 | | | | | |
| 96C1 | Worldwide and Margarette Rosemond Promissory Note and Wire Transfer | | | | | |
| 96C2 | BoA xxxx-6944 Account Records – Rosemond – January 2021 - July 2021 | | | | | |
| 97A | Ortiz Residence Search Warrant Photos – July 27, 2021 | | | | | |
| 97B-1-2 | Ortiz Residence Search Warrant Items – Scanned Documents & Translations – July 27, 2021 | | | | | |
| 98 | Haiti-Dominican Republic Map | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 99 | Port-au-Prince, Petion Ville/Pellerin 5 Haiti Map (with locations) | | | | | |
| 100 | Jaar/Mountain House - Port-au-Prince, Haiti - Overhead Map - Overhead Map – July 7, 2021 | | | | | |
| 101 | Jovenel Moise Residence - Port-au-Prince, Haiti - Overhead Map – July 7, 2021 | | | | | |
| 102A | Jovenel Moise Residence Interior Schematic | | | | | |
| 102B | Jovenel Moise Residence Photos (2021 & 2023) | | | | | |
| 103A | Haiti-Seized Evidence Photos (2021) | | | | | |
| 103B1-4 | Haiti-Seized Evidence Sanon Items & Evidence Sheet Translations (2023) | | | | | |
| 103B5 | Haiti-Seized Evidence Breaching Tools & Evidence Sheet Translation (2023) | | | | | |
| 103B6 | Haiti-Seized Evidence CTU Vests & Evidence Sheet Translation (2023) | | | | | |
| 103B7 | Haiti-Seized Evidence Phones (2023) | | | | | |
| 103B8 | Haiti-Seized Evidence Handguns (2023) | | | | | |
| 103B9 | Haiti-Seized Evidence Colombian Items (2023) | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 103B10 | Haiti-Seized Evidence CTU Ballistic Plates & Evidence Sheet Translation (2023) | | | | | |
| 103B11 | Haiti-Seized Evidence Long Guns (2023) | | | | | |
| 103B12 | Haiti-Seized Evidence DEA Patches and Balaclavas (Face Masks) (2023) | | | | | |
| 103B13 | Haiti-Seized Evidence Moise Notebook & Translations (2023) | | | | | |
| 103B14 | Haiti-Seized Evidence Moise Bullet Fragments Photos (2023) | | | | | |
| 103C-1 | Palmetto Arms AR-15 rifle S/N SCD069113 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-2 | Galil rifle CL0219 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-3 | IWI ACE 21 rifle S/N 43101000 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-4 | UZI 9mm rifle S/N 067464 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-5 | Remington 870 Magnum shotgun S/N 03480733 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-6 | Saiga 12 gauge shotgun S/N H11407974 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness<br>IDing</u> | <u>Date<br>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other<br>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 103C-7 | Franchi 12 gauge shotgun S/N D72166 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-8 | Winchester 12 gauge shotgun S/N 1538352 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103D | Test Fired Rounds – 16 bullets, 23 cartridge cases, 3 shotgun shell cases – *Physical Exhibit* | | | | | |
| 103E | Haiti-Seized Evidence & Custody Video – July 8, 2021 | | | | | |
| 104A | Jovenel Moise Official Presidential Photo | | | | | |
| 104B1-2 | Jovenel Moise Autopsy Photos | | | | | |
| 104C1-2 | Jovenel Moise Medical Examiner Report & Translation | | | | | |
| 104C-3 | Jovenel Moise Autopsy - 4 individually wrapped bullet fragments – *Physical Exhibit* | | | | | |
| 105A | Martine Moise Medical Records – Jackson Memorial Hospital | | | | | |
| 105B | Martine Moise Medical Evidence -Sealed evidence bag, with clear plastic container, containing a metal fragment. Affixed to the clear bottle, a label with medical record number (MRN) 5491224 – *Physical Exhibit* | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 106 | Ortiz Samsung Note 8 Phone (929-291-0040) - Full Cellebrite CART Report | | | | | |
| 106A | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – Consent Form | | | | | |
| 106B | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – *Physical Exhibit* | | | | | |
| 106B1-9 | Ortiz Samsung Note 8 Phone (929-291-0040) - CART Report Extracts | | | | | |
| 106C | Ortiz Samsung Note 8 Phone (929-291-0040) – Transcriptions & Translations | | | | | |
| 106D | Ortiz Samsung Note 8 Phone AT&T Subscriber and Toll Records (929-291-0040) | | | | | |
| 107 | Ortiz LG MP260 Phone (305-526-5699) - Full Cellebrite CART Report | | | | | |
| 107A | Ortiz LG MP260 Phone (305-526-5699) – Consent Form | | | | | |
| 107B1-8 | Ortiz LG MP260 Phone (305-526-5699) - CART Report Extracts | | | | | |
| 107C | Ortiz LG MP260 Phone (305-526-5699) – Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 107D | Ortiz LG MP260 Phone Subscriber and Toll Records (305-526-5699) | | | | | |
| 108 | Intriago iPhone 11 (786-201-1829) - Full Cellebrite CART Report | | | | | |
| 108A | Intriago iPhone 11 (786-201-1829) – Consent Form | | | | | |
| 108B1-10 | Intriago iPhone 11 (786-201-1829) – CART Report Extracts | | | | | |
| 108C | Intriago iPhone 11 (786-201-1829) - Transcriptions & Translations | | | | | |
| 108D | Intriago iPhone 11 - Verizon Subscriber and Toll Records (786-201-1829) | | | | | |
| 109 | Intriago LG Phone (305-526-5743) - Full Cellebrite CART Report | | | | | |
| 109A | Intriago LG Phone (305-526-5743) – Consent Form | | | | | |
| 109B1-7 | Intriago LG Phone (305-526-5743) – CART Report Extracts | | | | | |
| 109C | Intriago LG Phone (305-526-5743) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 109D | Intriago LG Phone - Subscriber and Toll Records (305-526-5743) | | | | | |
| 110 | Intriago Samsung Note 8 Phone (305-926-3000) - Full Cellebrite CART Report | | | | | |
| 110A | Intriago Samsung Note 8 Phone (305-926-3000) – Consent Form | | | | | |
| 110B1-6 | Intriago Samsung Note 8 Phone (305-926-3000) – CART Report Extracts | | | | | |
| 110C | Intriago Samsung Note 8 Phone - Verizon Subscriber and Toll Records (305-926-3000) | | | | | |
| 111 | Intriago Samsung Galaxy Phone – Subscriber and Toll Records (305-629-0952) | | | | | |
| 112 | Veintemilla iPhone – T-Mobile Subscriber and Toll Records (786-525-6750) | | | | | |
| 113 | Veintemilla/Guerrero/WW HP Pavilion Laptop Computer – FTK CART Report | | | | | |
| 113A | Veintemilla/Guerrero/WW HP Pavilion Laptop Computer- *Physical Exhibit* | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness<br>IDing</u> | <u>Date<br>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other<br>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 113B1-5 | Veintemilla/Guerrero/WW HP Pavilion Laptop Computer FTK Report Extracts | | | | | |
| 113C | Veintemilla/Guerrero/WW HP Pavilion Laptop - Transcriptions & Translations | | | | | |
| 114 | Sanon iPhone iPhone (509-4330-0095) - Full Cellebrite CART Report | | | | | |
| 114A | Sanon iPhone (509-4330-0095) – Photo & Consent Form | | | | | |
| 114B1-10 | Sanon iPhone (509-4330-0095) – CART Report Extracts | | | | | |
| 114C | Sanon iPhone (509-4330-0095) Transcriptions & Translations | | | | | |
| 115 | Sanon iPhone (561-644-9252) - Full Cellebrite CART Report | | | | | |
| 115A | Sanon iPhone (561-644-9252) - Photo & Consent Form | | | | | |
| 115B1-10 | Sanon iPhone (561-644-9252) – CART Report Extracts | | | | | |
| 115C | Sanon iPhone (561-644-9252) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 115D | Sanon iPhone - Sprint/T-Mobile Subscriber and Toll Records (561-644-9252) | | | | | |
| 116 | Sanon Motorola Stylus Phone (561-633-0034) - Full Cellebrite CART Report | | | | | |
| 116A | Sanon Motorola Stylus Phone (561-633-0034) – Photo & Consent Form | | | | | |
| 116B1-10 | Sanon Motorola Stylus Phone (561-633-0034) – CART Report Extracts | | | | | |
| 116C | Sanon Motorola Stylus Phone (561-633-0034) - Transcriptions & Translations | | | | | |
| 116D | Sanon Motorola Stylus Phone Subscriber and Toll Records (561-633-0034) | | | | | |
| 117 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Full Cellebrite CART Report | | | | | |
| 117A | Solages iPhone 11 (509-4200-3725 & 754-265-0048) – Photo & Consent Form | | | | | |
| 117B1-9 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - CART Report Extracts | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness</u><br><u>IDing</u> | <u>Date</u><br><u>Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other</u><br><u>Witness Referring</u> |
|---|---|---|---|---|---|---|
| 117C | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Transcriptions & Translations | | | | | |
| 117D | Solages iPhone 11 - T-Mobile Subscriber and Toll Records (754-265-0048) | | | | | |
| 118 | Bergmann iPhone (813-679-3743) - Full Cellebrite CART Report | | | | | |
| 118A | Bergmann iPhone (813-679-3743) - *Physical Exhibit* and Consent Form | | | | | |
| 118B1-9 | Bergmann iPhone (813-679-3743) - CART Report Extracts | | | | | |
| 118C | Bergmann iPhone - T-Mobile AT&T Subscriber and Toll Records (813-679-3743) | | | | | |
| 119 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Full Cellebrite CART Report | | | | | |
| 119A | Vincent Samsung Galaxy A21S Phone (509-4665-4545) – Photo & Consent Form | | | | | |
| 119B1-3 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - CART Report Extracts | | | | | |
| 119C | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 120 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - Full Cellebrite CART Report | | | | | |
| 120A | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) – *Physical Exhibit* and Consent Form | | | | | |
| 120B | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - CART Report Extract | | | | | |
| 121 | Joel John Samsung Galaxy S7 Phone - Full Cellebrite CART Report | | | | | |
| 121A | Joel John Samsung Galaxy S7 Phone - *Physical Exhibit* | | | | | |
| 121B | Joel John Samsung Galaxy S7 Phone - CART Summary Device Report | | | | | |
| 122 | Palacios Samsung Galaxy A21s Phone - Full Cellebrite CART Report | | | | | |
| 122A | Palacios Samsung Galaxy A21s Phone – *Physical Exhibit* and Consent Form | | | | | |
| 122B | Palacios Samsung Galaxy A21s Phone - CART Summary Device Report | | | | | |
| 123 | Palacios Samsung Galaxy A20 SM Phone - Full Cellebrite CART Report | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 123A | Palacios Samsung Galaxy A20 SM Phone - *Physical Exhibit* and Consent Form | | | | | |
| 123B | Palacios Samsung Galaxy A20 SM Phone – CART Summary Device Report | | | | | |
| 124 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Full Cellebrite CART Report | | | | | |
| 124A | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Photo & Consent Form | | | | | |
| 124B1-6 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - CART Report Extracts | | | | | |
| 125 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - Full Cellebrite CART Report | | | | | |
| 125A | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) – Photo & Consent Form | | | | | |
| 125B1-9 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - CART Report Extracts | | | | | |
| 126 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - Full Cellebrite CART Report | | | | | |
| 126A | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) – Photo & Consent Form | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 126B1-6 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - CART Report Extracts | | | | | |
| 127 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - Full Cellebrite CART Report | | | | | |
| 127A | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) – Photo & Consent Form | | | | | |
| 127B1-9 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - CART Report Extracts | | | | | |
| 128 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - Full Cellebrite CART Report | | | | | |
| 128A | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) – Photo & Consent Form | | | | | |
| 128B1-8 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - CART Report Extracts | | | | | |
| 129 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) - Full Cellebrite CART Report | | | | | |
| 129A | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) – Photo & Consent Form | | | | | |
| 129B1-7 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) - CART Report Extracts | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 130 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) - Full Cellebrite CART Report | | | | | |
| 130A | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) – Photo & Consent Form | | | | | |
| 130B1-3 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) - CART Report Extracts | | | | | |
| 131 | Naiser Franco Castaneda Huawei STK Phone (57-3214692465) - Full Cellebrite CART Report | | | | | |
| 131A | Naiser Franco Castaneda Huawei STK Phone (57-3214692465) - Physical Item/Photo/Consent Form | | | | | |
| 131B1-8 | Naiser Franco Castaneda Huawei STK Phone (57-3214692465) - CART Report Extracts | | | | | |
| 132 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Full Cellebrite CART Report | | | | | |
| 132A | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) – Photo & Consent Form | | | | | |
| 132B1-8 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - CART Report Extracts | | | | | |
| 132C | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 133 | Badio iPad 2 A1395 - Full CART Report | | | | | |
| 134 | Badio Dell Desktop 750 GB - Full Cellebrite CART Report | | | | | |
| 135 | Badio HP Laptop – Full CART Report | | | | | |
| 136 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - Full Cellebrite CART Report | | | | | |
| 136B1-4 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - CART Report Extracts | | | | | |
| 137 | IBC Airways Records | | | | | |
| 138A | Armycamo Records | | | | | |
| 138B | ePolice Records | | | | | |
| 139 | Jet Genius Invoice & Records (May 2021 – U.S.-Haiti flight – Bates 12415) | | | | | |
| 140A-B | Colombian Team Photos – with Names – Summary Photo Exhibits | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 141 | July 7, 2021 Video #1 - Solages "DEA Operation" | | | | | |
| 142 | July 7, 2021 Video #2 – Approach to Moise Residence | | | | | |
| 143 | July 7, 2021 Video #3 – Approach to Moise Residence #2 | | | | | |
| 144 | July 7, 2021 Video #4 – Approach to Moise Residence #3 | | | | | |
| 145 | July 7, 2021 Video #5 – Departure from Moise Residence | | | | | |
| 146A-B | Jose Antonio Corrales Moncayo Deposition Video and Transcript & Exhibits – November 19, 2024 | | | | | |
| 147A | February & March 2021 Device Summary | | | | | |
| 147B | April 2021 Device Summary | | | | | |
| 147C | May 2021 Device Summary | | | | | |
| 147D | June 2021 Device Summary | | | | | |
| 147E | July 2021 Device Summary | | | | | |
| 148 | Export Administration Regulations – Commerce Control List ECCN 1A613 | | | | | |
| 149 | Export Administration Regulations – Commerce Control List ECCN 1A005 | | | | | |

44

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 150 | Export Administration Regulations – Commerce Country Chart | | | | | |
| 151 | License Determination E1070405 | | | | | |
| 152 | License Determination E1070406 | | | | | |
| 153 | License Determination E1070407 | | | | | |
| 154 | CTU February 13, 2019 Export License Z1599410 (Brazil) | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically

filed on December 16, 2025, with the Clerk of the Court and counsel of record using CM/ECF.

<div style="margin-left:40%">

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney

</div>